FILED '10 JUL 19 13:15 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL LEE DRIVER, )
)
        Petitioner, )
) Civil No. 07-1344-TC
)
v. )
) ORDER
STATE OF OREGON, )
)
        Respondent. )

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on June 28, 2010, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>,

1   - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed June 28, 2010, in its entirety. The petition for a writ of habeas corpus (#1) is denied and the clerk of court is directed to enter judgment dismissing this action.

IT IS SO ORDERED.

DATED this 19th day of July, 2010.

*Michael R. Hogan*
UNITED STATES DISTRICT JUDGE

2   - ORDER